UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD RANDALL, JR.,

                Plaintiff,

       -against-

EITAN ITAH, et al.,

                Defendants.

18-CV-0524 (UA)

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: June 13, 2018
       New York, New York

                                  COLLEEN McMAHON
                                Chief United States District Judge