UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD RANDALL, JR.,

                    Plaintiff,

       -against-

EITAN ITAH, et al.,

                    Defendants.

18-CV-0524 (CM)

CIVIL JUDGMENT

       Pursuant to the order issued July 17, 2018, dismissing this action,

       IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses, under the *Rooker-Feldman* doctrine, Plaintiff's claims in which he seeks to overturn Judge Saxe's final judgment that Plaintiff has no possessory interest in the property located at 310 West 115th Street, New York, New York, for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3). The Court dismisses Plaintiff's claims in which he seeks the criminal prosecution of defendants or others for lack of standing. The Court dismisses the remainder of Plaintiff's claims as frivolous, for failure to state a claim on which relief may be granted, and because they seek monetary damages from defendants that are immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii).

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:  August 31, 2018
           New York, New York

                                                 COLLEEN McMAHON
                                          Chief United States District Judge